# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TERESITA PANADO<br><br>　　　　Defendant. | CRIMINAL CASE NO.: 01-00045-001<br><br>**FILED**<br>DISTRICT COURT OF GUAM<br>SEP 22 2005<br>MARY L.M. MORAN<br>CLERK OF COURT |

**Re:** Report and Order Terminating Term of Supervised Release

The above named defendant has complied with the conditions of supervised release imposed by the order of the Court and the period of supervised release expired on September 18, 2004. I therefore recommend that the defendant be discharged from supervised release and the proceedings in this case be terminated.

RESPECTFULLY submitted this 20th day of September 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Karon Johnson, AUSA
　　Howard Trapp, Defense Counsel
　　File

*******************************************************************************

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceeding in the case be terminated.

Dated this 22nd day of September 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL